IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

PARIS DIVISION

| | | |
|---|---|---|
| L.D. RUTHART | § | |
| v. | § | CIVIL ACTION NO. 3:03cv42 |
| LAMAR COUNTY, TEXAS, ET AL. | § | |

FINAL JUDGMENT

The above-entitled action has come before the Court for consideration, and decision having been duly rendered, it is hereby

**ORDERED** and **ADJUDGED** that the Plaintiff be granted no relief and that the above-entitled action be **DISMISSED**.

So **ORDERED** and **SIGNED** this **26** day of **October, 2004.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE